# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

## TAMPA DIVISION

MOHSEN P. SARFARZI, et al.,

    Appellants,

vs.                                                        CASE NO. 8:10-CIV-1812-T-17

USA, on behalf of the Internal Revenue
Service,

    Appellee.

_____/

## **ORDER FOR JUDGMENT**

This cause is before the Court on an appeal of a bankruptcy order.  The Court has reviewed the record and the briefs submitted on appeal.  The Court finds the brief of the government well-taken. The Appellants fail to advance a cognizable argument why the decision of the Bankruptcy Court to convert the case is incorrect, and have failed to demonstrate that they were capable of submitting a feasible plan of reorganization that conforms to the requirements of the Bankruptcy Court.  It was appropriate for the Bankruptcy Court to find that cause existed to convert this case under Bankruptcy Code section 1112(b)(4) for the Appellants's failure to confirm a plan within the time fixed by order of the Bankruptcy Court .  Accordingly, it is

**ORDERED** that the order of the bankruptcy court be **affirmed** and the Clerk of Court shall enter judgment for the Appellee.  The Clerk of Court is directed to close this case and return the matter to the Bankruptcy Court.

**DONE and ORDERED** in Chambers, in Tampa, Florida, this 22nd day of December, 2010.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to: All parties and counsel of record